# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| WILLIAM HUDGINS | : | NO. 06-490-01 |

## ORDER

AND NOW, this 4th day of April, 2012, in accordance with the foregoing Memorandum, it is hereby ORDERED that Defendant's Petition for Post-Conviction Relief under 28 U.S.C. § 2255 (ECF No. 151) is DENIED. There are no grounds for a certificate of appealability.

The Clerk shall close this case.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\06-490 Hudgins, US v\Hudgins 06-490 Order Petition 2255.wpd